MERRITT-CHAPMAN & SCOTT CORPORATION, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. (See opinion in *Merritt-Chapman & Scott Corp.* v. *Mutual Benefit Life Ins. Co.*, 237 App. Div. 70, handed down herewith.) Present — Finch, P. J., Martin, Sherman and Townley, JJ.

MERRITT-CHAPMAN & SCOTT CORPORATION, Respondent, v. PROVIDENT MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. (See opinion in *Merritt-Chapman & Scott Corp.* v. *Mutual Benefit Life Ins. Co.*, 237 App. Div. 70, handed down herewith.) Present — Finch, P. J., Martin, Sherman and Townley, JJ.

MERRITT-CHAPMAN & SCOTT CORPORATION, Respondent, v. THE PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. (See opinion in *Merritt-Chapman & Scott Corp.* v. *Mutual Benefit Life Ins. Co.*, 237 App. Div. 70, handed down herewith.) Present — Finch, P. J., Martin, Sherman and Townley, JJ.

MERRITT-CHAPMAN & SCOTT CORPORATION, Respondent, v. THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant — Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. (See opinion in *Merritt-Chapman & Scott Corp.* v. *Mutual Benefit Life Ins. Co.*, 237 App. Div. 70, handed down herewith.) Present — Finch, P. J., Martin, Sherman and Townley, JJ.

MERRITT-CHAPMAN & SCOTT CORPORATION, Respondent, v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. (See opinion in *Merritt-Chapman & Scott Corp.* v. *Mutual Benefit Life Ins. Co.*, 237 App. Div. 70, handed down herewith.) Present — Finch, P. J., Martin, Sherman and Townley, JJ.

MERRITT-CHAPMAN & SCOTT CORPORATION, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. (See opinion in *Merritt-Chapman & Scott Corp.* v. *Mutual Benefit Life Ins. Co.*, 237 App. Div. 70, handed down herewith.) Present — Finch, P. J., Martin, Sherman and Townley, JJ.

HELEN BROCK, Respondent, v. LOUIS BROCK, Appellant. RKO STUDIOS, INC., Appellant.— Appeals from orders entered September 16, 1932, and September 23, 1932, dismissed. Order entered October 14, 1932, reversed, with twenty dollars costs and disbursements to the appellants, motion to vacate stay contained in order of August 16, 1932, granted, with ten dollars costs, and motion for sequestration and appointment of a receiver denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

HELEN BROCK, Respondent, v. LOUIS BROCK, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

RICHARD WAYNE, Respondent, v. ANTOINETTE CONVERSE WAYNE, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the